**DAVID BARRON**
Nevada Bar No. 142
**CHELSEA PYASETSKYY**
Nevada Bar No. 11688
**BARRON & PRUITT, LLP**
3890 West Ann Road
North Las Vegas, Nevada 89031
Phone: 702 / 870-3940
Fax: 702 / 870-3950
dbarron@lvnvlaw.com
cpyasetskyy@lvnvlaw.com
*Attorneys for Defendant*
*G4S SECURITY SOLUTIONS USA, INC.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

TEAH JAYNES, individually,

        Plaintiff,

v.

G4S SECURITY SOLUTIONS USA, INC.;
JANE DOE 1; DOES 2 through 5; ROE
CORPORATIONS 1 through 5

        Defendants.

CASE NO.: 2:13-cv-00788-KJD-CWH

## STATEMENT IN SUPPORT OF REMOVAL

Petitioner G4S SECURITY SOLUTIONS USA, INC. responds to the Court's Minute Order of May 6, 2013 regarding the basis for removal of this action from Nevada State District Court to this U.S. District Court by stating the following:

1.      The Complaint was filed on April 29, 2013 and was served on Defendant on May 1, 2013.

2.      The Summons and Complaint were served simultaneously on May 1, 2013 on Defendant.

3.      Plaintiff TEAH JAYNES is a citizen of the State of Nevada. Defendant G4S SECURITY SOLUTIONS USA, INC is a Florida Corporation with its principal

*BARRON & PRUITT, LLP*
*ATTORNEYS AT LAW*
*3890 WEST ANN ROAD*
*NORTH LAS VEGAS, NEVADA 89031*
*TELEPHONE (702) 870-3940*
*FACSIMILE (702) 870-3950*

place of business in Florida. The amount in controversy exceeds $75,000.00 based on Plaintiff demanding $35,000 and alleging punitive damages in excess of $100,000 prior to filing the Complaint and alleging punitive damages in her Complaint.

4.  The Notice and Petition for Removal were filed within thirty days of service of the summons and complaint.

5.  N/A

6.  N/A

BARRON & PRUITT, LLP.

By _____
DAVID BARRON
Nevada Bar No. 142
CHELSEA PYASETSKYY
Nevada Bar No. 11688
3890 West Ann Road
North Las Vegas, NV  89031
Phone: 702 / 870-3940
Fax: 702 / 870-3950
dbarron@lvnvlaw.com
cpyasetskyy@lvnvlaw.com
*Attorneys for Defendant,*
*G4S SECURITY SOLUTIONS USA,INC.*

BARRON & PRUITT, LLP
ATTORNEYS AT LAW
3890 WEST ANN ROAD
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950

- 2 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 9th day of May, 2013, I deposited the foregoing **STATEMENT REGARDING REMOVAL** in the United States Mail, postage prepaid, addressed to the following:

Frank Perez
McCullough, Perez & Associates
601 So. Rancho Dr.
Ste. A-10
Las Vegas NV 89106-4898
*Attorneys for Plaintiff*

An Employee of BARRON & PRUITT, LLP

BARRON & PRUITT, LLP
ATTORNEYS AT LAW
3890 WEST ANN ROAD
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950