DAVID BARRON, ESQ.
Nevada Bar No. 142
CHELSEA PYASETSKYY, ESQ.
Nevada Bar No. 11688
BARRON & PRUITT, LLP
3890 West Ann Road
North Las Vegas, Nevada 89031
Phone: 702 / 870-3940
Fax: 702 / 870-3950
dbarron@lvnvlaw.com
cpyasetskyy@lvnvlaw.com
*Attorneys for Defendant*
G4S SECURITY SOLUTIONS USA, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| TEAH JAYNES, individually, <br><br> Plaintiff, <br><br> v. <br><br> G4S SECURITY SOLUTIONS USA, INC.; JANE DOE 1; DOES 2 through 5; ROE CORPORATIONS 1 through 5 <br> Defendants. | CASE NO.: 2:13-cv-00788-KJD-CWH <br><br> **DEFENDANT G4S'S REQUEST TO EXTEND DUE DATE TO FILE JOINT DISCOVERY PLAN** <br> **(FIRST REQUEST)** |

Defendant G4S hereby requests to Court grant a one-week extension to allow the parties to file a Joint Stipulated Discovery Plan. Due to the parties' schedules, they have not yet been able to schedule the Federal Rules of Civil Procedure, Rule 26 Conference and therefore, have been unable to complete the discovery plan due on June 20, 2013.

As stated in Defendant's Individual Status Report (# 10), the parties are discussing Defendant voluntarily remanding the case if Plaintiff concedes that her claim does not have a probable value exceeding $50,000. As a condition to the remand, Plaintiff must agree that her recovery, if any, against the Defendants, either individually or jointly, be limited to no more than $50,000, exclusive of any award of prejudgment or post-judgment interest, costs, and fees and by agreeing to such limitation of damages, Plaintiff recognizes that her action shall no longer meet the necessary "amount in controversy" requirement of 28 USC §1332, and it will be referred to

1  the State District Court's Mandatory Court-Annexed Arbitration Program as a claim not
2  exceeding $50,000 in value. As a condition to the stipulation, Defendant has requested Plaintiff
3  agree that the case will remain in the Mandatory Arbitration Program and Plaintiff may not later
4  request exemption from the program.

5      Currently Plaintiff's counsel is out of the office until Monday June 24, 2013, but G4S
6  anticipates shortly thereafter that the parties will be able to resolve whether this case will be
7  voluntarily remanded to State Court—making the discovery plan moot—or if they will proceed in
8  Federal Court and immediately file a Stipulated Discovery Plan. Based on the foregoing,
9  Defendant G4S requests a one-week extension, June 27, 2013, for the parties to file a Stipulated
10 Discovery Plan.

Respectfully Submitted,

BARRON & PRUITT, LLP.

_____
David Barron, Esq.
Nevada Bar No. 142
Chelsea Pyasetskyy, Esq.
Nevada Bar No. 11688
3890 West Ann Road
North Las Vegas, NV  89031
*Attorneys for Defendant,*
*G4S SECURITY SOLUTIONS USA, INC.*

"IT IS SO ORDERED"

_____
UNITED STATES MAGISTRATE JUDGE

Dated: __24__ day of ____June____ 2013.

- 2 -